United States Courts
Southern District of Texas
FILED

JUL 1 8 2017

David J. Bradley, Clerk of Court

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| VS | § | CRIMINAL NO. |
| | § | |
| CHARLES M. GILMORE, Jr., | § | **17 CR 4 3 6** |
| Defendant | § | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE
### Mailing Threatening Communications

On or about January 25, 2017, in the Houston Division of the Southern District of Texas, the defendant,

**CHARLES M. GILMORE, Jr.,**

did knowingly cause to be delivered by the Postal Service a communication addressed to the Federal Detention Center, 1200 Texas Avenue, Houston, Texas 77002 and containing a threat to injure the Honorable Sam R. Cummings, who is a United States District Judge, in violation of Title 18, United States Code, Section 876(c).

### COUNT TWO
### Influencing a Federal Official by Threat

On or about January 25, 2017, in the Houston Division of the Southern District of Texas, the defendant,

**CHARLES M. GILMORE, Jr.,**

did threaten to murder the Honorable Sam R. Cummings, a United States District Judge, with intent to retaliate against the Honorable Sam R. Cummings on account of the

performance of his official duties, in violation of Title 18, United States Code, Section 115(a)(1)(B) and (b)(4).

ORIGINAL SIGNATURE ON FILE

FOREPERSON OF THE GRAND JURY

ABE MARTINEZ
Acting United States Attorney

By:

Ralph E. Imperato
Assistant United States Attorney