IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Government, | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-17-436 |
| | § | |
| CHARLES M. GILMORE JR., | § | |
| | § | |
| Defendant. | § | |

## CONSENT TO ADMINISTRATION OF GUILTY PLEA
## BY UNITED STATES MAGISTRATE JUDGE

I, **CHARLES M. GILMORE JR.**, the Defendant in this cause, with the advice and counsel of my attorney, **THOMAS MARTIN**, hereby agree and consent to be advised of my rights and enter a voluntary plea of guilty before the Honorable Christina Bryan, United States Magistrate Judge for the Southern District of Texas, Houston Division. I understand that my guilty plea is subject to approval and final acceptance by the **Honorable Lee H. Rosenthal**, Chief United States District Court Judge for the Southern District of Texas, Houston Division, and that sentencing will be conducted by the **Honorable Lee H. Rosenthal.**

Signed on this 20th day of February, 2018, at Houston, Texas.

CHARLES M. GILMORE JR.
_____
Defendant's Name

_____
Defendant

_____
Attorney for Defendant

_____
Assistant United States Attorney