United States District Court
Southern District of Texas
**ENTERED**
April 13, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. H-17-436-1 |
| | § | |
| CHARLES M. GILMORE, JR. | § | |
| | § | |
| Defendant. | § | |

## ORDER ACCEPTING GUILTY PLEA AND FINDING OF GUILT

The United States Magistrate Judge has submitted her Report and Recommendation that this court accept the guilty plea of Charles M. Gilmore, Jr. and find him guilty of Count 1 of the Indictment charging him with mailing threatening communications in violation of 18 U.S.C. § 876(c). No objections have been filed to the Report and Recommendation of the Magistrate Judge.

After the *de novo* review required under 28 U.S.C. § 636(b)(1)(C), this court finds that the record and law support the Magistrate Judge's Report and Recommendation. The court accepts the Report and Recommendation.

Accordingly, this court finds that the defendant, Charles M. Gilmore, Jr., is fully competent and capable of entering an informed plea, and that he is aware of the nature of the charges made against him and the consequences of his plea, and that his guilty plea is knowing and voluntary supported by an independent basis in fact containing each of the essential elements of the offenses with which he is charged.

Defendant, Charles M. Gilmore, Jr., is **GUILTY** of the offense of mailing threatening communications in violation of 18 U.S.C. § 876(c).

SIGNED on April 13, 2018, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge